IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JACOB ALLEN BROOKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 14-0513-CG-M |
| | ) | |
| UNITED STATES OF AMERICA, | ) | CRIM ACTION 11-00157-CG-M |
| | ) | |
| Respondent | ) | |

## ORDER

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Respondent's Motion to Dismiss (Doc. 56) is **GRANTED**, that Petitioner's Motion to Vacate (Doc. 52) is hereby **DENIED**, and that this action is **DISMISSED**.  It is further **ORDERED** that, if Petitioner files a certificate of appealability, then it be **DENIED** as he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 22nd day of April, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE