IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JACOB ALLEN BROOKS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 14-0513-CG-M |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | CRIM ACTION 11-00157-CG-M |
| | ) | |
| Respondent | ) | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Respondent, the United State of America, and against Petitioner, Jacob Allen Brooks.

**DONE and ORDERED** this 22nd day of April, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE